O

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEYMOUR LAZAR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ENERGY UNLIMITED, INC., a Pennsylvania corporation; AEROTURBINE ENERGY CORPORATION, a Colorado corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case: EDCV07-00887 SGL (JCRx)<br><br>**ORDER**<br><br>Complaint Filed:   June 7, 2007<br><br>DATE:   NOVEMBER 4, 2008<br><br>HON. STEPHEN G. LARSON |

Based on the second stipulation of the parties to continue the pre-trial dates and trial date to allow the Court to rule on pending summary judgment motions,

IT IS ORDERED that the pre-trial dates and trial date shall be continued 60 days as follows: the proposed pre-trial order shall be due on January 12, 2009; final pre-trial conference is reset from November 17, 2008, to January 26, 2009, at 11:00 a.m., the jury trial in this matter is reset from December 16, 2008, to March 3, 2009, at 9:30 a.m.  Any motions-in-limine to be filed by the parties may be noticed for hearing on February 23 2009, at 10:00 a.m., in Courtroom One of this Court.

Dated:  November 06, 2008

*/s/ S.G. Larson*

United States District Judge