# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEYMOUR LAZAR, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ENERGY UNLIMITED, INC., a Pennsylvania corporation; AEROTURBINE ENERGY CORPORATION, a Colorado corporation; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case:  EDCV07-00887 SGL (JCRx)<br><br>**JUDGMENT**<br><br>Judge:  Hon. Stephen G. Larson<br><br>Complaint Filed:   June 7, 2007 |

　　　　This matter having come before the Court for hearing on July 14, 2008 upon the parties' cross-motions for summary judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision, by Order dated March 30, 2009, having been duly rendered,

　　　　IT IS HEREBY ORDERED AND ADJUDGED that the Plaintiff shall take

1  nothing, this action is dismissed on its merits, and Defendant Energy
2  Unlimited, Inc. shall recover its costs pursuant to Federal Rule of Civil Procedure
3  54.
4  Dated  April 09, 2009

   *[signature]*

   Stephen G. Larson,
   United States District Judge